# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL MEDICAL IMAGING, LLC, et al., : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> U.S. BANK, N.A., et al., : <br> Defendants. : | CIVIL ACTION <br><br> NO. 14-2974 |

## ORDER

**AND NOW**, this 30th day of March 2015, upon consideration of Defendants' Motion to Refer Action to Bankruptcy Court [Doc. No. 13], the Motion of Ashland Funding, LLC to Dismiss Complaint [Doc. No. 16], DVI Defendants' Motion to Dismiss Complaint [Doc. No. 17], and the Motion of Defendants U.S. Bank, N.A. and Jane Fox to Dismiss Complaint [Doc. No. 18], and Plaintiffs' responses thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motions to dismiss [Docs. No. 16, 17, and 18] are **GRANTED** as follows: Plaintiffs' complaint is **DISMISSED** without prejudice to Plaintiffs' right to pursue all claims raised in the complaint in their pending bankruptcy court actions and to Plaintiffs' right to move to withdraw reference from those pending bankruptcy court actions.

It is further **ORDERED** that Defendants' Motion to Refer Action to Bankruptcy Court [Doc. No. 13] is **DISMISSED** as moot. The Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**